UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
Pensacola DIVISION

# CIVIL RIGHTS COMPLAINT FORM
## TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

Billy C. Jones Jr.,
Inmate # 01001865.
(Enter full name of Plaintiff)

vs.

CASE NO: 3:15 cv81 - LC/CJK
(To be assigned by Clerk)

Armor Correctional
Health Inc. c/o
Connie Sharp, Director
of Nursing; Mr. Byars
Nurse Practitioner.

Peter Szymoniak M.D.
Orthopedic Surgeon

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

## ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

## I. PLAINTIFF:

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: Billy C. Jones Jr.
Inmate Number: 0100865
Prison or Jail: Santa Rosa County
Mailing address: P.O. Box 7129
Milton Fl. 32572

## II. DEFENDANT(S):

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: Connie Sharp
    Official position: Director of Nursing
    Employed at: Santa Rosa County
    Mailing address: 4960 S.W. 72nd Ave, Suite 400
    Miami, Florida 33155

(2) Defendant's name: Mr. Byars
    Official position: Nurse Practitioner
    Employed at: Santa Rosa County
    Mailing address: 4960 S.W. 72nd Ave, Suite 400
    Miami, Florida 33155

(3) Defendant's name: Peter Szymoniak
    Official position: Orthopedic Surgeon
    Employed at: Referred from Armor Correctly Health INC
    Mailing address: 6007 Berryhill Rd.
    Milton Fl. 32583

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

III. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

IV. **PREVIOUS LAWSUITS**

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( )   No(X)

  1. Parties to previous action:
     (a) Plaintiff(s): _____
     (b) Defendant(s): _____
  2. Name of judge: _____   Case #: _____
  3. County and judicial circuit: _____
  4. Approximate filing date: _____
  5. If not still pending, date of dismissal: _____
  6. Reason for dismissal: _____
  7. Facts and claims of case: _____

  **(Attach additional pages as necessary to list state court cases.)**

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

  Yes( )   No(X)

  1. Parties to previous action:
     a. Plaintiff(s): _____
     b. Defendant(s): _____
  2. District and judicial division: _____
  3. Name of judge: _____   Case #: _____
  4. Approximate filing date: _____
  5. If not still pending, date of dismissal: _____
  6. Reason for dismissal: _____

3

7. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( )         No(✗)

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____  Case #: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )         No(✗)

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____  Case Docket # _____
4. Approximate filing date: _____  Dismissal date: _____
5. Reason for dismissal: _____

4

6. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. (If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)

Upon entering Santa Rosa County Jail on 1/26/15. I had an intake interview with Armor Medical Staff. I informed them my left heel was broken with ankle damage. I informed them I had an appointment with an Orthopedic Surgeon at Baptist Hospital in Gulf Breeze Fl. on follow day of 1/27/15. At that time I was told I would see a doctor on the following day 1/27/15. When I saw the nurse practitioner (Mr. Byars) he said he would set an appointment with thier Orthopedic Surgeon as soon as possible. I explained that the break occured on 1/8/15. and it was imperative that I see someone as soon as possible. He said he was aware of that and prescribed Ibuprophen and returned me to my cell. Not at anytime did the medical staff unwrap or even look at my foot. I kept the same wrap on my foot until I was seen by the referred Orthopedic on 2/11/15. I was taken to Peter Szymoniak Orthopedic Surgeon and placed in a room. His staff gave me intake paperwork to fill out and asked where I had X-rays done. I said it was on 1/8/15 at Gulf Breeze Baptist Hospital E.R. At that time Peter Szymoniak's office reviewed the X-Rays from Baptist Hospital and did not take any more X-rays of my foot. At that time M.D Szymoniak entered the room and asked why it took so long for me to get to Baptist Hospital Orthopedic, and I explained that I had an appointment on 1/27/15. But was arrested on 1/26/15

5

and there for didn't make that appointment. I was referred to you by the jail and that this was the earliest available appointment. He told me this is the worst kind of break on a heel because it broke all the way through. If it had been early on, he would recommend surgery, but at this point he didn't feel comfortable doing the surgery. He stated that when I get out of jail, I could get someone else to do the surgery, because it would require extensive surgery to be properly repaired. He recommended to the Nurse Practitioner Mr. Myars that I remain on crutches for six more weeks. He also removed the splint because the healing process had already began and was no longer needed and to let it heal as is. He said there would be arthritus and Cartilage damage with stiffness in ankle, without. I also won't receive any kind of physical therapy. So now when I get out of Santa Rosa, I going to my referred Othopedic Surgeon at Baptist Hospital to be repaired correctly. Then I'll go through the healing process for the second time and physical therapy for the first time. I'm hoping there is no permanent damage.

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

Prisioner Eighth Amendment Right was violated. Armor Correctional Health Inc. Didn't Effectively manage the treatment of my Acute dibilitating Injury.

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

Relief for medical malpractise, pain and suffering and also permanent disability.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

2/26/15
(Date)

_Billy C. Jones Jr._
(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☒ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the _26_ day of _February_, 20_15_.

_Billy C. Jones Jr._
(Signature of Plaintiff)

Revised 03/07

7

Jones, Billy
P.O. Box 7129
Milton Fl. 32572

This mail has been generated by an inmate in the Santa Rosa County Jail and...censored.

PRIVILEGED

Clerk, US. District Court
1 North Palafox St. Room 226
Pensacola, Florida 32502-5658

neopost
03/03/2015
US POSTAGE $00.90
ZIP 32583
041L11250333