IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
__Pensacola__ DIVISION

Billy C. Jones Jr.
Inmate # 01001865
Plaintiff/Petitioner,

vs.

CASE NO: 3:15cv81-LC/CJK

Armor Correctional Health Inc.

Defendant(s)/Respondent(s).

Connie Sharp, Mr. Byars, Peter Szymoniak.

## MOTION TO PROCEED IN FORMA PAUPERIS

I, Billy Jones Jr., plaintiff/petitioner in the above-entitled action, move to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in the above-entitled action. I am unable to make full prepayment of fees or to give security therefore, and it is my belief that I am entitled to relief. I have not divested myself of any property, monies, or any items of value for the purpose of avoiding payment of said fees.

Billy Jones Jr.
Signature of Plaintiff/Petitioner

### AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS
(THIS AFFIDAVIT MUST BE COMPLETED IN ITS ENTIRETY)

In support of this motion, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? Yes (X)   No ( )
If yes, place of incarceration: __Santa Rosa County Jail, Milton Fl.__

If not incarcerated, skip to Question #5.

2. Have you been incarcerated for *at least* six (6) months:   Yes ( )   No (X)

3. Have you been confined in the facility listed above (question #1) for the six months preceding the filing of this case?   Yes (X)   No ( )

4. If not, where else have you been held: _____ when: _____ - _____

5. Are you presently employed?   Yes ( )   No (X)

   a. If yes, amount of salary or wages: _____ Employer: _____
   b. If no, date of last employment: _2006_ Salary: _6,000 yr._

6. Have you received any money from any of the following sources within the past 12 months:

   a. Business, profession, or self-employment?   Yes ( )   No (X)
   b. Payments from rent, interest, or dividends?   Yes ( )   No (X)
   c. Pensions, annuities, or life insurance payments? Yes ( )   No (X)
   d. Disability or worker's compensation payments?   Yes ( )   No (X)
   e. Gifts, inheritances, or any other sources?   Yes (X)   No ( )

7. Do you have any money in a checking or savings account?   Yes ( )   No (X)

   If yes, state the total amount (including money in prison bank account): _Touchpay Booking credit  12.47_

8. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household furnishings and clothing)?   Yes ( )   No (X)

   If yes, describe the property and its approximate value: _____

9. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____
   _____

I hereby declare under penalty of perjury that the above information is true and correct.

_Billy Jones_                          _2/26/15_
SIGNATURE OF PLAINTIFF                  DATE

- Attach Inmate Bank Account Printouts to this Motion -

Revised 07/02

2

# Inmate Balance History Report - Simple

Created: 2/25/2015 2:44:16PM

| Number: | 01001865 | Secondary: | | Location: | MED Z 008 |
|---|---|---|---|---|---|
| Name: | JONES, BILLY CARL | | | | |

| Transaction | Date | Transaction Amount | Running Balance | Running Owed | Running Other |
|---|---|---|---|---|---|
| IMPORT DEBT - BARBER | 05/16/2012 10:22:27AM | ($6.50) | $0.00 | ($6.50) | $0.00 |
| IMPORT DEBT - MEDICAL COPAY | 05/16/2012 10:26:09AM | ($35.00) | $0.00 | ($41.50) | $0.00 |
| IMPORT DEBT - PER DIEM | 05/16/2012 10:26:23AM | ($40.00) | $0.00 | ($81.50) | $0.00 |
| IMPORT DEBT - SUBSISTENCE | 05/16/2012 10:27:31AM | ($70.00) | $0.00 | ($151.50) | $0.00 |
| SUBSISTENCE FEE | 10/02/2014 12:15:05AM | ($2.00) | $0.00 | ($153.50) | $0.00 |
| SUBSISTENCE FEE | 10/03/2014 12:15:06AM | ($2.00) | $0.00 | ($155.50) | $0.00 |
| SUBSISTENCE FEE | 10/04/2014 12:15:03AM | ($2.00) | $0.00 | ($157.50) | $0.00 |
| SUBSISTENCE FEE | 10/05/2014 12:15:03AM | ($2.00) | $0.00 | ($159.50) | $0.00 |
| SUBSISTENCE FEE | 10/06/2014 12:15:03AM | ($2.00) | $0.00 | ($161.50) | $0.00 |
| SUBSISTENCE FEE | 10/07/2014 12:15:03AM | ($2.00) | $0.00 | ($163.50) | $0.00 |
| SUBSISTENCE FEE | 10/08/2014 12:15:03AM | ($2.00) | $0.00 | ($165.50) | $0.00 |
| PER DIEM | 10/08/2014 12:38:43PM | ($20.00) | $0.00 | ($185.50) | $0.00 |
| SUBSISTENCE FEE | 10/09/2014 12:15:03AM | ($2.00) | $0.00 | ($187.50) | $0.00 |
| SUBSISTENCE FEE | 10/10/2014 12:15:07AM | ($2.00) | $0.00 | ($189.50) | $0.00 |
| SUBSISTENCE FEE | 10/11/2014 12:15:08AM | ($2.00) | $0.00 | ($191.50) | $0.00 |
| SUBSISTENCE FEE | 10/12/2014 12:15:09AM | ($2.00) | $0.00 | ($193.50) | $0.00 |
| SUBSISTENCE FEE | 10/13/2014 12:15:09AM | ($2.00) | $0.00 | ($195.50) | $0.00 |
| SUBSISTENCE FEE | 10/14/2014 12:15:07AM | ($2.00) | $0.00 | ($197.50) | $0.00 |
| SUBSISTENCE FEE | 10/15/2014 12:15:08AM | ($2.00) | $0.00 | ($199.50) | $0.00 |
| SUBSISTENCE FEE | 10/16/2014 12:15:07AM | ($2.00) | $0.00 | ($201.50) | $0.00 |
| SUBSISTENCE FEE | 10/17/2014 12:15:08AM | ($2.00) | $0.00 | ($203.50) | $0.00 |
| SUBSISTENCE FEE | 10/18/2014 12:15:01AM | ($2.00) | $0.00 | ($205.50) | $0.00 |
| SUBSISTENCE FEE | 10/19/2014 12:15:09AM | ($2.00) | $0.00 | ($207.50) | $0.00 |
| SUBSISTENCE FEE | 10/20/2014 12:15:10AM | ($2.00) | $0.00 | ($209.50) | $0.00 |
| SUBSISTENCE FEE | 10/21/2014 12:15:08AM | ($2.00) | $0.00 | ($211.50) | $0.00 |
| TOUCHPAY BOOKING DEPOSIT | 12/06/2014 12:11:40PM | $12.47 | $6.23 | ($205.26) | $0.00 |
| SUBSISTENCE FEE | 12/07/2014 12:15:11AM | ($2.00) | $4.23 | ($205.26) | $0.00 |
| SUBSISTENCE FEE | 12/08/2014 12:15:12AM | ($2.00) | $2.23 | ($205.26) | $0.00 |
| SUBSISTENCE FEE | 12/09/2014 12:15:11AM | ($2.00) | $0.23 | ($205.26) | $0.00 |
| SUBSISTENCE FEE | 12/10/2014 12:15:11AM | ($2.00) | $0.00 | ($207.03) | $0.00 |
| PER DIEM | 12/10/2014 09:32:17AM | ($20.00) | $0.00 | ($227.03) | $0.00 |
| SUBSISTENCE FEE | 01/27/2015 12:15:09AM | ($2.00) | $0.00 | ($229.03) | $0.00 |
| SUBSISTENCE FEE | 01/28/2015 12:15:08AM | ($2.00) | $0.00 | ($231.03) | $0.00 |
| SUBSISTENCE FEE | 01/29/2015 12:15:04AM | ($2.00) | $0.00 | ($233.03) | $0.00 |
| SUBSISTENCE FEE | 01/30/2015 12:15:05AM | ($2.00) | $0.00 | ($235.03) | $0.00 |
| SUBSISTENCE FEE | 01/31/2015 12:15:06AM | ($2.00) | $0.00 | ($237.03) | $0.00 |
| SUBSISTENCE FEE | 02/01/2015 12:15:06AM | ($2.00) | $0.00 | ($239.03) | $0.00 |
| SUBSISTENCE FEE | 02/02/2015 12:15:05AM | ($2.00) | $0.00 | ($241.03) | $0.00 |
| SUBSISTENCE FEE | 02/03/2015 12:15:05AM | ($2.00) | $0.00 | ($243.03) | $0.00 |
| SUBSISTENCE FEE | 02/04/2015 12:15:05AM | ($2.00) | $0.00 | ($245.03) | $0.00 |
| PER DIEM | 02/04/2015 09:53:04AM | ($20.00) | $0.00 | ($265.03) | $0.00 |
| SUBSISTENCE FEE | 02/05/2015 12:15:01AM | ($2.00) | $0.00 | ($267.03) | $0.00 |
| SUBSISTENCE FEE | 02/06/2015 12:15:00AM | ($2.00) | $0.00 | ($269.03) | $0.00 |
| SUBSISTENCE FEE | 02/07/2015 12:15:05AM | ($2.00) | $0.00 | ($271.03) | $0.00 |
| SUBSISTENCE FEE | 02/08/2015 12:15:07AM | ($2.00) | $0.00 | ($273.03) | $0.00 |
| SUBSISTENCE FEE | 02/09/2015 12:15:05AM | ($2.00) | $0.00 | ($275.03) | $0.00 |
| SUBSISTENCE FEE | 02/10/2015 12:15:05AM | ($2.00) | $0.00 | ($277.03) | $0.00 |
| NURSE SICK CALL | 02/10/2015 11:09:41AM | ($5.00) | $0.00 | ($282.03) | $0.00 |
| SUBSISTENCE FEE | 02/11/2015 12:15:05AM | ($2.00) | $0.00 | ($284.03) | $0.00 |
| SUBSISTENCE FEE | 02/12/2015 12:15:06AM | ($2.00) | $0.00 | ($286.03) | $0.00 |
| SUBSISTENCE FEE | 02/13/2015 12:15:05AM | ($2.00) | $0.00 | ($288.03) | $0.00 |
| SUBSISTENCE FEE | 02/14/2015 12:15:05AM | ($2.00) | $0.00 | ($290.03) | $0.00 |
| SUBSISTENCE FEE | 02/15/2015 12:15:05AM | ($2.00) | $0.00 | ($292.03) | $0.00 |

This report may contain privileged and/or confidential information that is intended solely for the use of the Correctional Facility. The report may contain nonpublic personal information about inmates subject to the restrictions of privacy laws. You may not directly or indirectly reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information.

# Inmate Balance History Report - Simple

Created: 2/25/2015 2:44:16PM

| | | | | |
|---|---|---|---|---|
| Number: | 01001865 | Secondary: | Location: | MED Z 008 |
| Name: | JONES, BILLY CARL | | | |

| Transaction | Date | Transaction Amount | Running Balance | Running Owed | Running Other |
|---|---|---|---|---|---|
| SUBSISTENCE FEE | 02/16/2015 12:15:05AM | ($2.00) | $0.00 | ($294.03) | $0.00 |
| SUBSISTENCE FEE | 02/17/2015 12:15:05AM | ($2.00) | $0.00 | ($296.03) | $0.00 |
| SUBSISTENCE FEE | 02/18/2015 12:15:02AM | ($2.00) | $0.00 | ($298.03) | $0.00 |
| SUBSISTENCE FEE | 02/19/2015 12:15:05AM | ($2.00) | $0.00 | ($300.03) | $0.00 |
| SUBSISTENCE FEE | 02/20/2015 12:15:05AM | ($2.00) | $0.00 | ($302.03) | $0.00 |
| SUBSISTENCE FEE | 02/21/2015 12:15:02AM | ($2.00) | $0.00 | ($304.03) | $0.00 |
| SUBSISTENCE FEE | 02/22/2015 12:15:02AM | ($2.00) | $0.00 | ($306.03) | $0.00 |
| SUBSISTENCE FEE | 02/23/2015 12:15:02AM | ($2.00) | $0.00 | ($308.03) | $0.00 |
| SUBSISTENCE FEE | 02/24/2015 12:15:05AM | ($2.00) | $0.00 | ($310.03) | $0.00 |
| SUBSISTENCE FEE | 02/25/2015 12:15:07AM | ($2.00) | $0.00 | ($312.03) | $0.00 |
| | **Ending Totals:** | **$0.00** | **($312.03)** | **$0.00** | |

This report may contain privileged and/or confidential information that is intended solely for the use of the Correctional Facility. The report may contain nonpublic personal information about inmates subject to the restrictions of privacy laws. You may not directly or indirectly reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information.