UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BILLY C. JONES, JR.,

    Plaintiff,

v.                                                           Case No. 3:15cv81/LC/CJK

ARMOR CORRECTIONAL
HEALTH INC., et al.,

    Defendants.

_____/

## ORDER

    This cause is before the court upon plaintiff filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1), and a motion to proceed *in forma pauperis* (doc. 2). Good cause having been shown, leave to proceed *in forma pauperis* will be granted.

    Accordingly it is ORDERED:

    1.    Plaintiff's motion to proceed *in forma pauperis* (doc. 2) is GRANTED to the extent this case may proceed without the prepayment of the entire filing fee.

    2.    Because plaintiff has no funds accrued in his prison trust fund account, the clerk of court shall not assess plaintiff an initial partial filing fee as provided in 28 U.S.C. § 1915(b)(1)(A). <u>However, the total filing fee in this case remains $350.00</u>.

3.      As funds become available in plaintiff's inmate account, plaintiff is required to make monthly payments of 20 percent of the preceding month's income (that is, all funds deposited into his account) <u>in each case he has filed in this court.</u>[1] The agency having custody of plaintiff shall forward to the clerk of court payments from plaintiff's account on a monthly basis each time the amount in the account exceeds $10.00.  These payments shall continue <u>until the filing fee of $350.00 is paid in full in each case</u>.  Personal checks directly from prisoners will not be accepted.

The following information shall either be included on the face of the check or money order or attached thereto:

(1)     the full name of the prisoner;
(2)     the prisoner's inmate number; and
(3)     Northern District of Florida Case Number: 3:15cv81/LC/CJK.

Checks or money orders which do not have this information will be returned to the penal institution or to plaintiff.

4.      The clerk of court shall MAIL a copy of this order with the appropriate cover letter to:  Santa Rosa County Jail, P.O. Box 7129, Milton, FL 32572, ATTN: Administrator of Inmate Accounts.

5.      Plaintiff is warned that he is ultimately responsible for payment of the filing fee in every case he has filed should the agency with custody over him lapse in its duty to make payments on his behalf.  If plaintiff spends funds that should have been forwarded to the court as per the payment formula above, his case may be dismissed for non-payment.  Furthermore, if plaintiff is transferred to another jail or correctional institution, he must ensure that the new institution is informed about his

---

[1] Thus, prisoners who have filed more than one case may be required to make payments totaling 40%, 60%, 80% or even 100% of their monthly deposits.

*Case No: 3:15cv81/LC/CJK*

federal litigation and the required monthly payments.  Plaintiff should retain a copy of this order for that purpose.  Finally, plaintiff is reminded that dismissal or other disposition of an action will <u>not</u> relieve him of the obligation to pay the full filing fee in each case.

6. The clerk shall refer plaintiff's complaint (doc. 1) to chambers for preliminary screening under 28 U.S.C. §1915(e)(2).

DONE AND ORDERED this 10th day of March, 2015.

/s/ Charles J. Kahn, Jr.
**CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE**