UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BILLY C. JONES, JR.,

    Plaintiff,

v.                                      Case No. 3:15cv81/LC/CJK

ARMOR CORRECTIONAL
HEALTH INC., et al.,

    Defendants.
_____/

REPORT AND RECOMMENDATION

    Plaintiff, a prisoner proceeding *pro se*, commenced this action on March 5, 2015, by filing a civil rights complaint under 42 U.S.C. § 1983. (Doc. 1). On April 29, 2015, the court ordered plaintiff to file an amended complaint (or a notice of voluntary dismissal) within thirty (30) days. (Doc. 6). Plaintiff was warned that failure to do so would result in a recommendation that this case be dismissed for failure to comply with an order of the court. (*Id.*). Plaintiff did not respond to the April 29, 2015 order.

    Accordingly, on June 8, 2015, the court issued an order requiring plaintiff to show cause, within fourteen days, why this case should not be dismissed. A copy of the show cause order was mailed to plaintiff at his address of record – the Santa Rosa

County Jail.  The mail was returned on June 17, 2015, as undeliverable, marked: "Return to Sender - Unclaimed - Unable to Forward".  To date, plaintiff has not complied with the court's April 29, 2015 order and has not notified the court of his current address.

Accordingly, it is respectfully RECOMMENDED:

1.  That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court and failure to keep the court informed of his current address.

2.  That the clerk be directed to close the file.

At Pensacola, Florida, this 23rd day of June, 2015.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th CIR. R. 3-1; 28 U.S.C. § 636.

*Case No: 3:15cv81/LC/CJK*