UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BILLY C. JONES, JR.,

    Plaintiff,

v.                                 Case No. 3:15cv81/LC/CJK

ARMOR CORRECTIONAL
HEALTH INC., et al.,

    Defendants.
_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 23, 2015 (doc. 9). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

    Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted..

    Accordingly, it is now ORDERED as follows:

    1. The Magistrate Judge's Report and Recommendation (doc. 9) is adopted and incorporated by reference in this order.

2.  This case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court and failure to keep the court informed of his current address.

3.  The clerk is directed to close the file.

**DONE AND ORDERED** this 27th day of July, 2015.

          *s/L.A. Collier*
          **LACEY A. COLLIER**
          **SENIOR UNITED STATES DISTRICT JUDGE**